## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PALOMA GENERATING COMPANY, LLC, | ) Case No.: 1:15-cv-01280 --- JLT |
| Plaintiff, | ) AMENDED ORDER GRANTING THE APPLICATIONS OF JAMES BEHA AND DAVID SHAIMAN TO APPEAR PRO HAC VICE FOR PLAINTIFF |
| v. | ) |
| MOJAVE PIPELINE COMPANY, LLC, et al., | ) (Docs. 5, 6) |
| Defendants. | ) |

On August 20, 2015, attorneys James Beha and David Shaiman submitted their applications to appear pro hac vice for Plaintiff. (Docs. 5, 6) Counsel demonstrate they are in good standing in the courts of New York (Doc. 5-1; Doc. 6-1) and both have paid the fee for admission. Id. They indicate they have not sought to be admitted pro hac vice in this Court within the last year. (Doc. 5 at 2; Doc 6 at 2) Therefore, the applications are **GRANTED**.

IT IS SO ORDERED.

Dated:   **August 21, 2015**              /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE