# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PALOMA GENERATING COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MOJAVE PIPELINE COMPANY, L.L.C.; KERN RIVER GAS TRANSMISSION CO.; EL PASO NATURAL GAS COMPANY, L.L.C.; and EDF TRADING NORTH AMERICA, LLC,,<br><br>Defendant. | Case No. 1:15-cv-1280-MCE-JLT<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE A PORTION OF THE JOINT STATUS REPORT**<br><br>The Hon. Morrison C. England |

34113.001-2607599v1

ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE A PORTION OF THE JOINT STATUS REPORT

1    Pursuant to the stipulation of all parties and good cause appearing therefore,
2 the Court hereby orders that the portion of La Paloma's, Kern's, El Paso's and
3 Mojave's joint status report addressing items (f)-(k) and (m)-(n) identified in the
4 Court's September 16, 2015 Order Requiring Joint Status Report shall be due 14
5 days after receipt of the Court's ruling on Kern's Motion to Dismiss and Mojave/El
6 Paso's Motion to Dismiss.

7    IT IS SO ORDERED.

8 Dated: November 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT