# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PALOMA GENERATING COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MOJAVE PIPELINE COMPANY, L.L.C.; KERN RIVER GAS TRANSMISSION CO.; EL PASO NATURAL GAS COMPANY, L.L.C.; and EDF TRADING NORTH AMERICA, LLC,,<br><br>Defendant. | Case No. 1:15-cv-1280-MCE-JLT<br><br>**ORDER GRANTING REQUEST TO FILE CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>The Hon. Morrison C. England |

34113.001-2614628v1

1   On October 19, 2015, Defendant Kern River Gas Transmission Co. filed a
2 Motion to Dismiss the First Amended Complaint (the "Kern Motion").  On October
3 19, 2015, Defendants Mojave Pipeline Company, L.L.C. and El Paso Natural Gas
4 Company, L.L.C. filed a separate Motion to Dismiss that complaint (the "Mojave/El
5 Paso Motion").  The Kern Motion and the Mojave/El Paso Motion are currently set
6 for hearing on December 3, 2015.
7   This Court places a page limit of twenty (20) pages of text on all oppositions
8 to dispositive motions.  La Paloma has submitted to the Court that the Court and the
9 parties will save substantial time and effort, and avoid duplication, if, in lieu of two
10 opposition briefs of up to twenty pages of text in length, La Paloma is permitted to
11 file a single, consolidated, opposition to the Kern Motion and the Mojave/El Paso
12 Motion the text of which is no longer than 30 pages.  The Defendants have no
13 objection to La Paloma's request.
14   Accordingly, the Court hereby orders that La Paloma is permitted to file a
15 single consolidated brief, not to exceed 30 pages of text in length, in response to the
16 Kern Motion to Dismiss and Mojave/El Paso's Motion to Dismiss.
17   IT IS SO ORDERED.
18
Dated:  November 10, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT