JAMES A. BEHA, II (admitted *Pro Hac Vice*)
jbeha@abv.com
DAVID A. SHAIMAN (admitted *Pro Hac Vice*)
dshaiman@abv.com
ALLEGAERT BERGER & VOGEL LLP
111 Broadway, 20th Floor
New York, New York 10006
Telephone: (212) 571-0550
Facsimile: (212) 571-0555

Edward A. Klein (SBN 145736)
eklein@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Plaintiff
LA PALOMA GENERATING COMPANY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PALOMA GENERATING COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MOJAVE PIPELINE COMPANY, L.L.C.; KERN RIVER GAS TRANSMISSION CO.; EL PASO NATURAL GAS COMPANY, L.L.C.; and EDF TRADING NORTH AMERICA, LLC,<br><br>Defendant. | Case No. 1:15-cv-1280-MCE-JLT<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS FROM JANUARY 21, 2016, TO FEBRUARY 11, 2016**<br><br>The Hon. Morrison C. England |

1   Plaintiff La Paloma Generating Company, LLC ("La Paloma") and
2 defendants Mojave Pipeline Company, L.L.C. ("Mojave"), Kern River Gas
3 Transmission Co. ("Kern") and El Paso Natural Gas Company, L.L.C. ("El Paso")
4 by and through their respective counsel, hereby stipulate as follows:
5   WHEREAS on October 19, 2015, Kern filed a Motion to Dismiss (the "Kern
6 Motion"); and
7   WHEREAS on October 19, 2015, Mojave and El Paso filed a Motion to
8 Dismiss (the "Mojave/El Paso Motion"); and
9   WHEREAS the Kern Motion and the Mojave/El Paso Motion were originally
10 set to be heard on December 3, 2015; and
11   WHEREAS on November 30, 2015, the Court on its own motion continued
12 the hearing on the Kern Motion and the Mojave/El Paso Motion from December 3,
13 2015, to January 14, 2016, at 2:00 p.m.; and
14   WHEREAS on January 5, 2016, the Court on its own motion continued the
15 hearing on the Kern Motion and the Mojave/El Paso Motion from January 14, 2016,
16 to January 21, 2016, at 11:30 a.m.; and
17   WHEREAS counsel for La Paloma and Mojave/El Paso are not available on
18 January 21, 2016, and the personal appearances of counsel are required at the
19 hearing;
20   WHEREAS February 11, 2016 is the earliest of the Court's scheduled hearing
21 dates that all counsel are available;
22   THEREFORE, La Paloma, Kern, El Paso and Mojave hereby STIPULATE
23 that the hearing on the Kern Motion and the Mojave/El Paso Motion be continued
24 from January 21, 2016, to February 11, 2016, at 2:00 p.m.
25 ///
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| 1 | Dated:  January 7, 2016 | LINER LLP |
| 2 | | |
| 3 | | */s/ Edward A. Klein* |
| | | Edward A. Klein |
| 4 | | Attorneys for Plaintiff LA PALOMA GENERATING COMPANY, LLC |
| 5 | | |
| 6 | Dated:  January 7, 2016 | ALLEGAERT BERGER & VOGEL LLP |
| 7 | | |
| | | */s/ James A. Beha (as authorized Jan. 7, 2016)* |
| 8 | | James A. Beha II |
| 9 | | (admitted *Pro Hac Vice*) |
| | | Attorneys for Plaintiff LA PALOMA GENERATING |
| 10 | | COMPANY, LLC |
| 11 | | |
| 12 | Dated:  January 7, 2016 | MUNSCH HARDT KOPF & HARR, P.C. |
| 13 | | |
| 14 | | */s/ D. Mitchell McFarland (as authorized Jan. 7, 2016)* |
| | | D. Mitchell McFarland |
| 15 | | (admitted *Pro Hac Vice*) |
| 16 | | Attorney for Defendants MOJAVE PIPELINE COMPANY, L.L.C. and EL PASO NATURAL GAS, |
| 17 | | L.L.C. |
| 18 | Dated:  January 7, 2016 | CARLSON & MESSER LLP |
| 19 | | |
| 20 | | */s/ Charles Robert Messer (as authorized Jan. 7, 2016)* |
| 21 | | Charles Robert Messer |
| | | (admitted *Pro Hac Vice*) |
| 22 | | Attorney for Defendant KERN RIVER GAS |
| 23 | | TRANSMISSION CO. |

**ORDER**

Pursuant to the foregoing stipulation, the hearing on Defendants' Motions to Dismiss is continued to February 11, 2016, at 2:00 p.m.

IT IS SO ORDERED.

DATED: January 15, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT