Edward A. Klein (SBN 145736)
eklein@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone:  (310) 500-3500
Facsimile:  (310) 500-3501

*Attorneys for Plaintiff*
*La Paloma Generating Company, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PALOMA GENERATING COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MOJAVE PIPELINE COMPANY, L.L.C.; KERN RIVER GAS TRANSMISSION CO.; and EL PASO NATURAL GAS COMPANY, L.L.C.<br><br>Defendant. | Case No. 1:15-cv-1280-MCE-JLT<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>The Hon. Morrison C. England |

Plaintiff La Paloma Generating Company LLC ("La Paloma" or "Plaintiff"), defendant Mojave Pipeline Company, L.L.C. ("Mojave"), defendant Kern River Gas Transmission Company ("Kern River"), and defendant El Paso Natural Gas Company, L.L.C. ("El Paso"), by and through their respective counsel of record, agree and stipulate as follows:

WHEREAS on March 4, 2016, the Court issued a Memorandum and Order which granted the Motion to Dismiss filed by Defendants Mojave and El Paso, without leave to amend (see ECF 54; the "March 4 Order");

WHEREAS, the March 4 Order also granted in part and denied in part Defendant Kern River's Motion to Dismiss the Second Cause of Action, and granted

Defendant Kern River's Motion to dismiss the Third Cause of Action without leave to amend (see ECF 54);

WHEREAS, in light of the March 4 Order, the Plaintiff's only claim that remains pending in the district court is the portion of the Second Cause of Action for breach of contract against Kern River that is based on Pooling Agreement 5161 (the "5161 Claim").

WHEREAS the parties seek to have an appealable judgment entered in this matter pursuant to Fed. R. Civ. P. 58, and to effectuate this given the provisions of Fed. R. Civ. P. 54(b) the Plaintiff is prepared to stipulate to dismissal with prejudice of the 5161 Claim, with such dismissal not intended by the parties to have any *res judicata,* collateral estoppel or other evidentiary effect on the claims dismissed by the March 4 Order, should such claims be reinstated or revived on appeal;

Based on the forgoing, Plaintiff La Paloma and Defendants Mojave, Kern River, and El Paso stipulate and agree, subject to the Court's approval, (i) that the 5161 Claim which survived the March 4 Order should now be, and is, dismissed with prejudice, (ii) that such dismissal with prejudice shall not have any *res judicata,* collateral estoppel or other evidentiary effect on the claims dismissed by the March 4 Order, should such claims be reinstated or revived on appeal, and (iii) that a final, appealable judgment may now be entered dismissing the 5161 Claim by stipulation and dismissing all of Plaintiff's other claims by operation of the March 4 Order.

IT IS SO STIPULATED.

Dated: March 31, 2016        LINER LLP

                                                                        /s/ Edward A. Klein
                                        Edward A. Klein
                                        Attorneys for Plaintiff LA PALOMA GENERATING COMPANY, LLC

| | | |
|---|---|---|
| 1 | Dated: March 31, 2016 | ALLEGAERT BERGER & VOGEL LLP |
| 2 | | |
| 3 | | */s/ James A. Beha II (as authorized 3/31/16)* |
| | | James A. Beha II |
| 4 | | (admitted *Pro Hac Vice*) |
| 5 | | Attorney for Plaintiff LA PALOMA GENERATING COMPANY, LLC |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Dated: March 31, 2016 | MUNSCH HARDT KOPF & HARR, P.C. |
| 10 | | |
| 11 | | */s/ D. Mitchell McFarland (as authorized 3/31/16)* |
| 12 | | D. Mitchell McFarland |
| | | (admitted *Pro Hac Vice*) |
| 13 | | Attorney for Defendants MOJAVE PIPELINE COMPANY L.L.C. and EL PASO NATURAL GAS COMPANY L.L.C. |
| 14 | | |
| 15 | | |
| 16 | Dated: March 31, 2016 | COOPER, WHITE & COOPER LLP |
| 17 | | |
| 18 | | */s/ Jill B. Rowe (as authorized 3/31/16)* |
| 19 | | Jill B. Rowe |
| | | Attorney for Defendants MOJAVE PIPELINE COMPANY L.L.C. and EL PASO NATURAL GAS COMPANY L.L.C. |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Dated: March 31, 2016 | CARLSON & MESSER LLP |
| 24 | | |
| 25 | | */s/ Charles R. Messer (as authorized 3/31/16)* |
| | | Charles R. Messer |
| 26 | | Tamar Gabriel |
| 27 | | Attorney for Defendant KERN RIVER GAS TRANSMISSION COMPANY |
| 28 | | |

THE FOREGOING IS SO ORDERED, and the Clerk is directed to enter judgment dismissing the First Amended Complaint in accordance with this Order and the Court's March 4, 2016 Memorandum and Order (ECF No. 54). Plaintiff's Motion for Reconsideration (ECF No. 59) is DENIED as moot, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 5, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT